| | | | | | |
|---|---|---|---|---|---|
| Case No: | 12-55661 JEH | Judge: John E. Hoffman, Jr. | Trustee Name: | Larry J. McClatchey | |
| Case Name: | TIFFANY N KERNS | | Date Filed (f) or Converted (c): | 6/30/2012 (f) | |
| | | | 341(a) Meeting Date: | 8/9/2012 | |
| For Period Ending: 9/30/2013 | | | Claims Bar Date: | 5/29/2013 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 11403 State Route 47 Richwood, Ohio 43344 | 83,000.00 | 3,841.00 | OA | 0.00 | FA |
| 2 | Checking Account with PNC Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account with PNC Bank | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Livingroom: Two End Tables, Two Lamps, Couch, Loveseat, Tele | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 6 | 401K with Hewitt Associates, LLC | 4,513.34 | 0.00 | | 0.00 | FA |
| 7 | Child support for debtor's minor child | 185.50 | 0.00 | | 0.00 | FA |
| 8 | Beneficiary on parent's, Phil and Cathy Miller, will. | Unknown | 0.00 | | 0.00 | FA |
| 9 | 2004 Suzuki Grand Vitara | 4,260.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's interest in ex-husband's Retirement pursuant to QDR (u) | 0.00 | 7,059.24 | | 0.00 | 7,059.24 |
| | TOTALS (Excluding Unknown Values) | $94,858.84 | $10,900.24 | | $0.00 | Gross Value of Remaining Assets $7,059.24 |
| | | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

REPORT NO. 2 (September, 2013): Trustee hopes to finalize this matter by January, 2014, and will prepare his final report after receipt of the funds.
In September, 2013, Trustee contacted counsel again about preparing the QDRO. Trustee has not been able to obtain any additional information on the status of the QDRO.
In August, 2013, Trustee contacted counsel again about preparing the QDRO.
In July, 2013, Trustee contacted counsel again about preparing the QDRO.
On May 13, 2013, Trustee received a copy of Debtor's retirement statement and forwarded it to Brian's counsel, who advised that she will prepare the QDRO.
On April 5, 2013, Trustee filed a Motion to Compel to obtain those documents from Debtor, and that motion was approved on May 6, 2013.
Trustee filed a Motion for Turnover of those funds on February 28, 2013, which was approved on April 8, 2013.
On February 27, 2013, Brian's domestic attorney advised that she is ready to file the Qualified Domestic Relations Order to transfer funds to Debtor, but she had not been provided with the needed information from Debtor. At that same time, Trustee sent another letter requesting the documents from Debtor.
On January 13, 2013, Trustee sent a letter to Brian Kerns ("Brian") in attempt to settle the matter.
On November 15, 2012, Trustee held a Rule 2004 examination of Debtor's ex-husband concerning the retirement funds owed to Debtor.

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 12-55661   JEH   Judge: John E. Hoffman, Jr. | Trustee Name: | Larry J. McClatchey |
| Case Name: | TIFFANY N KERNS | Date Filed (f) or Converted (c): | 6/30/2012 (f) |
| | | 341(a) Meeting Date: | 8/9/2012 |
| For Period Ending: 9/30/2013 | | Claims Bar Date: | 5/29/2013 |

Initial Projected Date of Final Report (TFR):   12/31/2013     Current Projected Date of Final Report (TFR):   2/28/2014

Trustee's Signature:  /s/ Larry J. McClatchey
_____  Date: 10/07/13
Larry J. McClatchey